IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 2 8 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ELIZABETH HERNANDEZ DE ANGUIANO, | ) ) ) |
| v. | ) ) |
| PHILIP D. TUTAK, et al. | ) ) ) |

CIVIL ACTION NO. B-03-116

## UNOPPOSED MOTION TO HOLD IN ABEYANCE

The issues raised by the Petitioner herein are identical or similar to those recently addressed by U.S. Magistrate Judge Recio's Report and Recommendation in Salazar-Regino v. Trominski., No. CA B-02-045 (S.D. Tex. Report and Recommendation, March 26, 2003), and the cases that have been consolidated with it. The parties have responded to the Report and Recommendation and are awaiting a ruling by the Honorable Judge Tagle. It is anticipated that an appeal will be filed by one of the parties with the Fifth Circuit Court of Appeals. A final resolution of Salazar-Regino v. Trominski., No. CA B-02-045 and the consolidated cases on appeal likely would be controlling in this case.

A bag and baggage notice was mailed to the Petitioner on July 14, 2003. The policy within the district is to cancel the bag and baggage notice upon the filing of a Petition for Writ of

1

Habeas Corpus in federal District Court. However, the Petitioner requests that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court. The Respondents do not consider such an order to be necessary, but have nonetheless agreed to include Petitioner's request in the proposed order granting the unopposed motion to hold the proceedings in abeyance.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases. Further, the parties request that enforcement of the final removal order be stayed pending further orders of this Court.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

Dated July 25, 2003

2

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Paula S. Waddle, Esquire
>SOUTH TEXAS IMMIGRATION COUNCIL
>107 N. Third St.
>Harlingen, TX 78550

on this the 25th day of July, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

3