UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELIZABETH HERNANDEZ DE ANGUIANO, Petitioner, | § § § § |
| v. | § § CIVIL ACTION NO. B-03-116 |
| PHILLIP TUTAK, INTERIM REGIONAL DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND TOM RIDGE, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, Respondents. | § § § § § § § § |

## ORDER

Before the Court is the Government's "Unopposed Motion to Hold in Abeyance" (Doc. # 3). After due consideration said motion is hereby GRANTED, and this case will remain in abeyance until a resolution is reached in Salazar-Regino v. Trominski, B-02-045. Additionally, enforcement of any final order of removal by the Bureau of Immigration and Customs Enforcement in De Anguiano's case is hereby STAYED pending further orders of this court.

DONE at Brownsville, Texas, this ____ day of _August_____, 2003.

Felix Recio
United States Magistrate Judge