IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 9 2003

Michael N. Milby
Clerk of Court

ELIZABETH HERNANDEZ DE ANGUIANO, )
)
)
v. )
) CIVIL ACTION NO. B-03-116
PHILIP D. TUTAK, et al. )
)

**UNOPPOSED MOTION SUSPEND THE
TIME TO FILE RESPONSIVE PLEADINGS
UNTIL AFTER THE COURT RULES ON THE UNOPPOSED
MOTION TO HOLD IN ABEYANCE**

The Government has filed an unopposed motion to hold these proceedings in abeyance until there is a final resolution in Salazar-Regino v. Trominski., No. CA B-02-045 (S.D. Tex. Report and Recommendation, March 26, 2003), and the cases that have been consolidated with it. To date, the Court has not ruled on that motion.

In the interest of judicial economy, the Government moves the Court to suspend the time to file responsive pleadings in this case until after the Court has ruled on the unopposed motion to hold the case in abeyance. Should the Court deny the motion to hold proceedings in abeyance, the Government requests 20 days from the date of an order denying the motion to hold proceedings in abeyance to file responsive pleadings.

1

Therefore, the Government respectfully requests that the Court suspend the time to submit responsive pleadings until after the Court rules on the unopposed motion to hold the proceedings in this case in abeyance pending a final resolution of Salazar-Regino and the consolidated cases.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

Dated: September 5, 2003

2

**CERTIFICATE OF CONSULTATION**

I hereby certify that the foregoing Motion to Suspend the Time to File Responsive Pleadings Until After the Court Rules on the Unopposed Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

>Paula S. Waddle, Esquire
>SOUTH TEXAS IMMIGRATION COUNCIL
>107 N. Third St.
>Harlingen, TX  78550

on this the 5th day of September, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

4