UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELIZABETH HERNANDEZ DE ANGUIANO, Petitioner | § § § § |
| v. | § § |
| PHILLIP TUTAK, Interim Regional Director, Bureau of Immigration and Customs Enforcement, and TOM RIDGE, Secretary, Department of Homeland Security, Respondents. | § § § § § § |

CIV. ACTION NO. B-03-116

## ORDER

The above-styled cause of action was held in abeyance pending a decision in *Salazar-Regino v. Trominski*, which was designated as civil cause number B-02-45 in the district court. On appeal, the Fifth Circuit has assigned *Salazar-Regino* the appellate cause number 03-41492. Because resolution of *Salazar-Regino* on appeal would likely be controlling in this case, it is ORDERED that this case be further held in abeyance until cause number 03-41492 is resolved on appeal.

IT IS SO ORDERED

DONE in Brownsville, Texas, this 12th day of November, 2003.

Felix Recio
United States Magistrate Judge