UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 2 2005

Michael N. Milby
Clerk of Court

E. HERNANDEZ DE ANGUIANO )
)
)
v. ) C.A. No. B-03-116
)
PHILIP D. TUTAK, DHS INTERIM DISTRICT ) INS A No. 42 913 514
DIRECTOR FOR INTERIOR ENFORCEMENT, )
and )
JOHN ASHCROFT, ATTORNEY )
GENERAL OF THE UNITED STATES. )

### PETITIONER'S NOTICE OF WITHDRAWAL OF OPPOSITION TO TRANSFER MOTION

The Counsel for Petitioner, **Ms. Hernandez de Anguiano,** respectfully files this Notice of Withdrawal of Opposition to Transfer Motion, and for cause shows as follows:

1. Having now reviewed the case and the REAL ID Act, Counsel for Petitioner no longer opposes the transfer motion, and no longer seeks a briefing opportunity in this instant proceeding, on the issue of the impact of the REAL ID Act on this case.

Wherefore, Petitioner respectfully requests that the Court allow the withdrawal of the briefing request and/or the opposition of the Petitioner to the transfer Motion, and for such other relief as is just.

Respectfully submitted,

By: *[signature]*
Paula S. Waddle, Attorney at Law
South Texas Immigration Council, Inc.
Paula S. Waddle, Attorney in Charge
4793 W. Expressway 83
Harlingen, TX 78552
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was mailed by first class mail to Ms. Lisa Putnam, ADC, DHS, 1701 Zoy, Harlingen, Texas 78551, on this the 21st day of September, 2005.

*[signature]*
Paula S. Waddle