ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ELIZABETH HERNANDEZ DE ANGUIANO, | ) ) ) |
| v. | ) CIVIL ACTION NO. B-03-116 |
| PHILIP D. TUTAK, et al | ) ) ) ) |

## ORDER TO TRANSFER

The Respondents' motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, § 106. The Clerk shall transmit the file forthwith.

Dated this 27th day of September, 2005.

Felix Recio
United States Magistrate Judge