ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| E. HERNANDEZ DE ANGUIANO ) | |
| ) | |
| v. ) | CIVIL ACTION NO. B-03-116 |
| ) | |
| PHILIP D. TUTAK, et al ) | INS A No. 42 913 514 |
| ) | |

## ORDER GRANTING WITHDRAWAL

Upon consideration of the Opposed Motion to Transfer in light of REAL ID Act, and the Petitioner's Counsel's Notice of Withdrawal of Opposition thereto, the Court finds that the Motion should be granted.

It is ordered that the Petitioner's counsel's Opposition to the Motion to Transfer is hereby **WITHDRAWN**.

Dated this 27th day of September, 2005.

Felix Recio
United States Magistrate Judge