**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

JUN 11 2007

Michael N. Milby
Clerk of Court

October 14, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **Elizabeth Hernandez De Anguiano**

VS.

**Philip D. Tutak, et al.**

**CA B-03-116**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. Magistrate Judge entering the order transferring this case is:_____
     **Felix Recio**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Maricela Perez, Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
OCT 19 2005
NEW ORLEANS, LA.

cc: File